David W. Hodges (admitted pro hac vice)
dhodges@kennedyhodges.com
Texas State Bar No. 00796765
Email: dhodges@kennedyhodges.com
4409 Montrose Blvd, Ste. 200
Houston, Texas 77006
Telephone: 713-523-0001
Facsimile: 713-523-1116

*LEAD ATTORNEY IN CHARGE FOR*
*PLAINTIFF AND CLASS MEMBERS*

Local Counsel:
Michael P. Balaban State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141
(702) 586-2964
Fax: (702) 586-3023
Email: mbalaban@balaban-law.com

FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 10 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLARISSA HARRIS, on Behalf of Herself and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI<br><br>Defendants. | Case No. 3:19-cv-00598-RCJ-CBC<br><br>ORDER<br><br>Stipulation for Continuance of Rule 16 Case Management Conference<br><br>First Request |

Plaintiff Clarissa Harris, on behalf of herself and on behalf of all others similarly situated, and Defendants Diamond Dolls of Nevada, LLC dba Spice House, Kamy Keshmiri, Jamy Kesmiri ("Defendants") hereby request and stipulate to Continue the Rule 16 Case Management

Conference set for January 24, 2020 pursuant to LR IA 6-1. The Parties request that the Rule 16 Case Management Conference shall be continued 60 days. This is the first request to Continue the Case Management Conference.

This request and stipulation is made in good faith and not for the purposes of undue burden or delay. The Plaintiff intends to file an Unopposed Amended Complaint. Furthermore, the Parties are presently engaging in informal negotiations of a potential resolution of the present case. Postponing this deadline will prevent waste of judicial resources, minimize attorney's fees, and increase the likelihood that the Parties are able to reach a compromise and resolve the case.

**IT IS SO STIPULATED.**

Dated: January 9, 2020                                                  Dated: January 9, 2020

/s/ David W. Hodges                                                       /s/ Mark R. Thierman
David W. Hodges (Admitted Pro Hac Vice)              Mark R. Thierman
KENNEDY HODGES, L.L.P.                                        Thierman Buck, LLP
State of Texas Bar. No. 00796765                              State of Michigan Bar # P70495
dhodges@kennedyhodges.com                                 mark@thiermanbuck.com
4409 Montrose Blvd., Suite 200                                 7287 Lakeside Drive
Houston, Texas 77006                                                 Reno, Nevada 89511
Telephone: (713) 523-0001                                         Telephone: (775) 284-1500
Facsimile: (713) 523-1116                                           Facsimile: (775) 703-5027
ATTORNEY FOR PLAINTIFFS                                 ATTORNEY FOR DEFENDANTS,

/s/ Michael P. Balaban
Local Counsel for Plaintiff
Michael P. Balaban State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street                                              **IT IS SO ORDERED**
Las Vegas, NV 89141
(702) 586-2964                                                               _____
Fax: (702) 586-3023                                                      U.S. MAGISTRATE JUDGE
Email: mbalaban@balaban-law.com
                                                                                   DATED: 1/10/2020