David W. Hodges (admitted pro hac vice)
dhodges@hftrialfirm.com
Texas State Bar No. 00796765
HODGES AND FOTY, LLP
4409 Montrose Blvd., Ste. 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

*LEAD ATTORNEY IN CHARGE FOR*
*PLAINTIFF AND CLASS MEMBERS*

Local Counsel:
Michael P. Balaban
State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NC 89141
(702) 586-2964
Fax: (702) 586-3023
Email: mbalaban@balaban-law.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLARISSA HARRIS, on Behalf of Herself and on Behalf of All Others Similarly Situated, <br><br> Plaintiff(s), <br><br> v. <br><br> DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI <br><br> Defendants. | Case No. 3:19-cv-00598-RCJ-CLB_____ <br><br> **STIPULATION TO CONTINUE RULE 16 CASE MANAGEMENT CONFERENCE** <br><br> **SECOND REQUEST** |

Plaintiff Clarissa Harris, on behalf of herself and on behalf of all others similarly situated, and Defendants Diamond Dolls of Nevada, LLC dba Spice House, Kamy Keshmiri, Jamy Kesmiri

("Defendants") (collectively "Parties") hereby request and stipulate to Continue the Rule 16 Case Management Conference set for March 25, 2020 at 9:30 AM in Reno Courtroom 1 before Magistrate Judge Carla Baldwin. Parties make this request pursuant to LR IA 6-1. The Parties request that the Rule 16 Case Management Conference shall be continued 60 days. This is the second request to Continue the Case Management Conference.

This request and stipulation is made in good faith and not for the purposes of undue burden or delay. Defendants filed a Motion to Dismiss and Request to Strike on November 12, 2019 arguing, among other reasons, that the Complaint had not met the standard to plead and prove "willfulness" under the Fair Labor Standards Act. (Doc. No. 14). The Parties first requested to continue the management conference schedule for January 24, 2020 because Plaintiff intended to file an Unopposed Amended Complaint to cure any pleading defect in the Original Complaint. However, because of the recent order from the Court (Doc. No. 31) denying Defendants' Motion to Dismiss and Request to Strike (Doc. No. 14), Plaintiff will not be filing an Amended Complaint since the Court determined Plaintiff sufficiently pled her case. While the Parties waited on the Court's ruling, they engaged in and continue to engage in informal negotiations of a potential resolution of the present case. The Parties request that the Rule 16 Case Management Conference shall be continued 60 days in order to allow negotiations to continue.

Postponing this deadline will prevent waste of judicial resources, minimize attorney's fees, and increase the likelihood that the Parties are able to reach a compromise and resolve the case.

**IT IS SO STIPULATED.**

Dated: March 16, 2020                                    Dated: March 16, 2020

*/s/ David W. Hodges*                                    */s/ Mark R. Thierman*
David W. Hodges (admitted pro hac vice)                  Mark R. Thierman
                                                         Thierman Buck, LLP
                                                         State of Michigan Bar # P70495

2

HODGES & FOTY, LLP
Texas State Bar No. 00796765
dhodges@hftrialfirm.com
4409 Montrose Blvd., Ste. 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

*LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS*

<u>/s/ Michael P. Balaban</u>
Michael P. Balaban
State Bar No. 9370
Local Counsel for Plaintiff
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NC 89141
(702) 586-2964
Fax: (702) 586-3023
Email: mbalaban@balaban-law.com

mark@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027
ATTORNEY FOR DEFENDANTS,

**IT IS SO ORDERED:**

_____
UNITED STATED MAGISTRATE JUDGE,

DATED: _____

3

**CERTIFICATE OF SERVICE**

I certify that this document was served on all parties on March 16, 2020 via the Court's CM/ECF system.

*/s/ David W. Hodges*
David W. Hodges