**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CLARISSA HARRIS, on Behalf of Herself and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI<br><br>Defendants. | Case No. 3:19-cv-00598-RCJ-CLB<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINE FOR RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION OF DAMAGES** |

Plaintiff Clarissa Harris, on behalf of herself and on behalf of all others similarly situated, and Defendants Diamond Dolls of Nevada, LLC dba Spice House, Kamy Keshmiri, Jamy Kesmiri ("Defendants") (collectively "Parties") hereby request and stipulate to extend the deadline for

Plaintiff to file her Response to Defendants' Motion for Summary Adjudication of Damages for seven days. The Parties request that the new deadline be set for August 14, 2020.

This request and stipulation is made in good faith and not for the purposes of undue burden or delay. Defendants filed their Defendants' Motion for Summary Adjudication of Damages on July 17, 2020. *See* Doc. No. 49. Since Defendants' Motion was filed, the Parties have conferred on several issues including the upcoming settlement conference, discovery, and the pending motions. However, Plaintiff needs more time to adequately respond to the Defendants' Motion because lead counsel, David Hodges, recently traveled abroad and is now experiencing COVID-19-like symptoms.

The Parties request that the deadline for Plaintiff to file a Response to Defendants' Motion for Summary Adjudication of Damages be extended for seven days.

**IT IS SO STIPULATED.**

Dated: August 6, 2020                                             Dated: August 6, 2020

*/s/ David W. Hodges*                                             */s/ Mark R. Thierman*
David W. Hodges (admitted pro hac vice)      Mark R. Thierman
HODGES & FOTY, LLP                                        Thierman Buck, LLP
Texas State Bar No. 00796765                          State of Michigan Bar # P70495
dhodges@hftrialfirm.com                                 mark@thiermanbuck.com
4409 Montrose Blvd., Ste. 200                         7287 Lakeside Drive
Houston, TX 77006                                               Reno, Nevada 89511
Telephone: (713) 523-0001                              Telephone: (775) 284-1500
Facsimile: (713) 523-1116                                 Facsimile: (775) 703-5027
                                                                                  ATTORNEY FOR DEFENDANTS,

*LEAD ATTORNEY IN CHARGE FOR*
*PLAINTIFF AND CLASS MEMBERS*

Michael P. Balaban
State Bar No. 9370
Local Counsel for Plaintiff
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141

1
2
3
4
5      **IT IS SO ORDERED:**
6
7      _____
8      UNITED STATED DISTRICT JUDGE,
9
10     DATED: _August 11, 2020.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28