David W. Hodges (admitted pro hac vice)
dhodges@hftrialfirm.com
Texas State Bar No. 00796765
Tina E. Gutierrez (admitted pro hac vice)
tgutierrez@hftrialfirm.com
Texas State Bar No. 24116467
HODGES AND FOTY, LLP
4409 Montrose Blvd, Ste. 200
Houston, Texas 77006
Telephone: 713-523-0001
Facsimile: 713-523-1116

*LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS*

Local Counsel:
Michael P. Balaban State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141
(702) 586-2964
Fax: (702) 586-3023
Email: mbalaban@balaban-law.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CLARISSA HARRIS, on Behalf of Herself and on Behalf of All Others Similarly Situated, <br><br> Plaintiff(s), <br><br> vs. <br><br> DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI <br><br> Defendants. | Case No. 3:19-cv-00598-RCJ-CBC <br><br> **PLAINTIFF'S MOTION TO WITHDRAW CARL FITZ AS COUNSEL** |

## **MOTION**

COMES NOW, Carl Fitz, counsel of record, asking to be withdrawn as counsel in this case.

This motion is not sought for purposes of delay.

1  Good cause exists for the withdrawal of Carl Fitz as counsel for Plaintiff because he has
2  ended his employment with Hodges & Foty, L.L.P. (formerly Kennedy Hodges, L.L.P.).
3  Remaining as Lead Counsel is David W. Hodges of Hodges & Foty, L.L.P, 4409 Montrose
4  Blvd., Suite 200, Houston, Texas 77006.
5
6  WHEREFORE, Plaintiff prays that the Court enters an order discharging movant as
7  Attorney of Record for the Plaintiff and for such other and further relief that may be justly entitled.

Respectfully Submitted,

HODGES & FOTY, L.L.P
By: /s/ David W. Hodges
David W. Hodges (admitted pro hac vice)
dhodges@hftrialfirm.com
Texas State Bar No. 00796765
Tina E. Gutierrez
tgutierrez@hftrialfirm.com
Texas State Bar No. 24116467
Carl Fitz
Texas State Bar No. 24105863
Email: cfitz@kennedyhodges.com
4409 Montrose Blvd., Ste. 200
Houston, Texas 77006
Telephone: 713-523-0001
Facsimile: 713-523-1116

LEAD ATTORNEY IN CHARGE FOR
PLAINTIFF AND CLASS MEMBERS

Local Counsel:
Michael P. Balaban State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141
(702) 586-2964
Fax: (702) 586-3023
Email: mbalaban@balaban-law.com

IT IS SO ORDERED.

Dated: October 15, 2020

_____
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

I certify that this document was served on all parties on October 13, 2020 via the Court's CM/ECF system.

/s/ David W. Hodges
David W. Hodges

**CERTIFICATE OF CONFERENCE**

I certify that Plaintiff's counsel conferred with Defendants' counsel via email on October 12, 2020 regarding the relief requested in the present motion. Defendants are unopposed. Furthermore, notice has been given to the affected client.

/s/ David W. Hodges
David W. Hodges

David W. Hodges (admitted pro hac vice)
dhodges@hftrialfirm.com
Texas State Bar No. 00796765
Tina E. Gutierrez (admitted pro hac vice)
tgutierrez@hftrialfirm.com
Texas State Bar No. 24116467
HODGES AND FOTY, LLP
4409 Montrose Blvd, Ste. 200
Houston, Texas 77006
Telephone: 713-523-0001
Facsimile: 713-523-1116

*LEAD ATTORNEY IN CHARGE FOR*
*PLAINTIFF AND CLASS MEMBERS*

Local Counsel:
Michael P. Balaban State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141
(702) 586-2964
Fax: (702) 586-3023
Email: mbalaban@balaban-law.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CLARISSA HARRIS, on Behalf of Herself and on Behalf of All Others Similarly Situated, | Case No. 3:19-cv-00598-RCJ-CBC |
| Plaintiff(s), | **ORDER GRANTING MOTION TO WITHDRAW CARL FITZ AS COUNSEL** |
| vs. | |
| DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI | |
| Defendants. | |

On this day, came to be considered Counsel's Motion for Withdrawal. After Considering the evidence and hearing the arguments of counsel, if any, it appears to the Court that the Motion

is meritorious and is therefore **GRANTED.**

IT IS THEREFORE **ORDERED** that Carl Fitz, be removed as counsel of record and David Hodges will remain as Lead Counsel for Plaintiffs.

SIGNED on this _____day of _____ , 2020.

_____
JUDGE PRESIDING