Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermabuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
Joshua R. Hendrickson, Nev. Bar. 12225
joshh@thiermanbuck.com
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Defendants*

David W. Hodges (admitted pro hac vice)
Texas State Bar No. 00796765
dhodges@hftrialfirm.com
Tina E. Gutierrez (admitted pro hac vice)
Texas Bar No. 24116467
tgutierrez@hftrialfirm.com
HODGES & FOTY LLP
4409 Montrose Blvd, Ste. 200
Houston, Texas 77006
Telephone: 713-523-0001
Facsimile: 713-523-1116

*LEAD ATTORNEYS IN CHARGE FOR
PLAINTIFF AND CLASS MEMBERS*

Local Counsel:
Michael P. Balaban
State Bar No. 9370
mbalaban@balaban-law.com
LAW OFFICES OF MICHAEL P.
BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141
Telephone: (702) 586-2964
Fax: (702) 586-3023

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CLARISSA HARRIS on behalf of herself and all others similarly situated,

      Plaintiff(s),

v.

DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI,

      Defendant(s).

Case No.: 3:19-cv-00598-RCJ-CBC

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT AND EXTENSION OF TIME FOR PLAINTIFF TO REPLY**

***FIRST REQUEST***

- 1 -
**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rules ("LR") IA 6-1, IA 6-2, and LR 7-1, DEFENDANTS DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI by and through their counsel, Thierman Buck, LLP and Plaintiff, CLARISSA HARRIS, by and through her counsel, Hodges & Foty, LLP, hereby request that the Court grant the Parties' request for an extension of time for Defendants to file their response to Plaintiff's Motion for Summary Judgement (ECF No. 68).  Defendants' response is currently due on October 23, 2020, and the Parties request a ten (10) day extension up to Monday, November 2, 2020. Additionally, Plaintiff requests an additional five (5) days to reply to Defendants' response once filed. Therefore, Defendants' response would be due on November 2, 2020 and Plaintiff's reply would be due on November 21, 2020.

This is the Parties' first request for an extension of time.  This request is not intended for delay and is made in good faith.

DATED: October 21, 2020.

Respectfully Submitted,

**THIERMAN BUCK LLP**

/s/ *Mark R. Thierman*
Mark R. Thierman
*Attorneys for Defendants*

**HODGES & FOTY LLP**

/s/      *Tina E. Gutierrez*
Tina E. Gutierrez (admitted pro hac vice)
*Attorney for Plaintiff and Class Members*

**ORDER**

**IT IS SO ORDERED.**

DATED this  21st day of October, 2020.

_____
United States District Judge

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com