# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CLARISSA HARRIS, et al.,

    Plaintiffs,

v.

DIAMOND DOLLS OF NEVADA, LLC, et al.,

    Defendants.

3:19-cv-0598-RCJ-CLB

**ORDER**

Before the court is the parties stipulation to amend scheduling order to change the due date for the joint pretrial order from November 2, 2020 to fourteen days after the court's ruling on plaintiff's motion for summary judgment (ECF No. 84).

The stipulation (ECF No. 84) is **DENIED as moot**. Pursuant to LR 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order is suspended until 30 days after decision on the dispositive motions.

**DATED:** October 22, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**

1