Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermabuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
Joshua R. Hendrickson, Nev. Bar. 12225
joshh@thiermanbuck.com
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Defendants*

David W. Hodges (admitted pro hac vice)
Texas State Bar No. 00796765
dhodges@hftrialfirm.com
Tina E. Gutierrez (admitted pro hac vice)
Texas Bar No. 24116467
tgutierrez@hftrialfirm.com
HODGES & FOTY LLP
4409 Montrose Blvd, Ste. 200
Houston, Texas 77006
Telephone: 713-523-0001
Facsimile: 713-523-1116

*LEAD ATTORNEYS IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS*

Local Counsel:
Michael P. Balaban
State Bar No. 9370
mbalaban@balaban-law.com
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141
Telephone: (702) 586-2964
Fax: (702) 586-3023

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CLARISSA HARRIS on behalf of herself and all others similarly situated,<br><br>    Plaintiff(s),<br><br>    v.<br><br>DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI,<br><br>    Defendant(s). | Case No.: 3:19-cv-00598-RCJ-CBC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT AND EXTENSION OF TIME FOR PLAINTIFF TO REPLY AND [PROPOSED] ORDER THEREON**<br><br>*SECOND REQUEST* |

Pursuant to Local Rules ("LR") IA 6-1, IA 6-2, and LR 7-1, DEFENDANTS DIAMOND DOLLS OF NEVADA, LLC d/b/a the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI by and through their counsel, Thierman Buck, LLP and Plaintiff, CLARISSA HARRIS, by and through her counsel, Hodges & Foty, LLP, hereby request that the Court grant the Parties' request for an extension of time for Defendants to file their response to Plaintiff's Motion for Summary Judgement (ECF No. 68). Defendants' response is currently due on November 2, 2020, and the Defendants request a five (5) day extension up to Friday, November 6, 2020. Therefore, Plaintiff requests additional time to reply to Defendants' response once filed. Therefore, Defendants' response would be due on November 6, 2020, and Plaintiff requests that her reply be due on December 4, 2020 in light of the Thanksgiving Holiday.

This is the Parties' second request for an extension of time. This request is not intended for delay and is made in good faith.

DATED: November 2, 2020.

Respectfully Submitted,

**THIERMAN BUCK LLP**

/s/ *Mark R. Thierman*
Mark R. Thierman
*Attorneys for Defendants*

**HODGES & FOTY LLP**

/s/    Tina E. Gutierrez
Tina E. Gutierrez (admitted pro hac vice)
*Attorney for Plaintiff and Class Members*

**ORDER**

IT IS SO ORDERED.

DATED this  12th  day of November 2020.

_____
United States District Judge

- 2 -
**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**