Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermabuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
Joshua R. Hendrickson, Nev. Bar. 12225
joshh@thiermanbuck.com
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Defendants*

David W. Hodges (admitted pro hac vice)
Texas State Bar No. 00796765
dhodges@hftrialfirm.com
Tina E. Gutierrez (admitted pro hac vice)
Texas Bar No. 24116467
tgutierrez@hftrialfirm.com
HODGES & FOTY LLP
4409 Montrose Blvd, Ste. 200
Houston, Texas 77006
Telephone: 713-523-0001
Facsimile: 713-523-1116

*LEAD ATTORNEYS IN CHARGE FOR
PLAINTIFF AND CLASS MEMBERS*

Local Counsel:
Michael P. Balaban
State Bar No. 9370
mbalaban@balaban-law.com
LAW OFFICES OF MICHAEL P.
BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141
Telephone: (702) 586-2964
Fax: (702) 586-3023

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| CLARISSA HARRIS on behalf of herself and all others similarly situated,<br><br>   Plaintiff(s),<br><br>   v.<br><br>DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI,<br><br>   Defendant(s). | Case No.: 3:19-cv-00598-RCJ-CBC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR RESPONSIVE BRIEFS AND<br>ORDER THEREON**<br><br>*FIRST REQUEST* |

*(Sidebar, left margin):* THIERMAN BUCK LLP 7287 Lakeside Drive Reno, NV 89511 (775) 284-1500 Fax (775) 703-5027 Email info@thiermanbuck.com www.thiermanbuck.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

Pursuant to Local Rules ("LR") IA 6-1, IA 6-2, and LR 7-1, DEFENDANTS DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI by and through their counsel, Thierman Buck, LLP and Plaintiff, CLARISSA HARRIS, by and through her counsel, Hodges & Foty, LLP, hereby request that the Court grant the Parties' request for an extension of time for Defendants and Plaintiff to file responsive briefs to ECF Nos. 92 and 98.

Plaintiff filed her Response to Defendants' Motion to Dismiss (ECF No. 92) on November 18, 2020. ECF No. 98. Therefore, Defendants' Reply is currently due November 25, 2020. The Defendants request a twelve (12) day extension up to Monday, December 7, 2020 to file their Reply.

Second, in order to address Plaintiff's arguments raised in the Motion to Strike filed on November 18, 2020 (ECF No. 98), Defendants' Response is currently due on December 2, 2020. Defendants request an additional five (5) days to file their Response which would make the new deadline December 7, 2020.

Third, Plaintiff requests that she be given an additional five (5) days to file her Reply after Defendants' Response to ECF No. 98 is filed. For example, if Defendants' Response is filed on December 7, 2020, Plaintiff's Reply would be due on December 19, 2020.

///
///
///

This is the Parties' first request for an extension of time.  This request is not intended for delay and is made in good faith.

DATED: November 24, 2020.

Respectfully Submitted,

**THIERMAN BUCK LLP**                    **HODGES & FOTY LLP**

/s/ *Mark R. Thierman*                    /s/        *Tina E Gutierrez*
Mark R. Thierman                          Tina E. Gutierrez (admitted pro hac vice)
*Attorneys for Defendants*                *Attorney for Plaintiff and Class Members*

**ORDER**

**IT IS SO ORDERED.**

DATED this _____24TH day of November, 2020.

_____
United States District Judge

**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com