# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLARISSA HARRIS, on Behalf of Herself and on Behalf of All Others Similarly Situated, ) ) ) ) Plaintiff(s), ) ) ) vs. ) ) DIAMOND DOLLS OF NEVADA, LLC ) dba the SPICE HOUSE, KAMY ) KESHMIRI, JAMY KESHMIRI ) ) Defendants. ) | Case No. 3:19-cv-00598-RCJ-CBC<br><br>ORDER |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE

On this day, the Court considered Plaintiff Harris's Unopposed Motion to Extend Deadline to Respond to Defendant's Motion to Decertify the Class.

The Court finds that Plaintiff's Motion is meritorious and is hereby **GRANTED**.

IT IS THEREFORE ORDERED that the deadline for Plaintiff to file her response to Defendant's Motion to Decertify the Class (Doc. 110) is extended until June 1, 2021.

IT IS SO ORDERED.

Dated May 20th, 2021

_____
ROBERT C. JONES, United States District Judge