# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLARISSA HARRIS on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff(s),<br><br>　　　　v.<br><br>DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI,<br><br>　　　　Defendant(s). | Case No.: 3:19-cv-00598-RCJ-CBC<br><br>**ORDER FOR EXTENSION OF TIME FOR DEFENDANTS REPLY** |

　　　　Pursuant to Local Rules ("LR") IA 6-1 and IA 6-2, DEFENDANTS DIAMOND DOLLS OF NEVADA, LLC d/b/a the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI and through their counsel, Thierman Buck, LLP and Plaintiff, CLARISSA HARRIS, by and through

- 1 -

her counsel, Hodges & Foty, hereby request that the Court grant the Parties request for an extension of time for Defendants to file their Reply to Plaintiff's Opposition to Defendants' Motion to Decertify the FLSA Class (ECF 113). Defendant's Reply is currently due on June 8, 2021, and the Parties request a fourteen (14) day extension up to Tuesday, June 22, 2021.

This is the Parties' first request for an extension of time. This request is not intended for delay and is made in good faith.

**ORDER**

**IT IS SO ORDERED.**

DATED this 7th day of June 2021.

_____
United States District Judge