**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLARISSA HARRIS on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, *et al.*,<br><br>Defendants. | Case No.: 3:19-CV-00598-RCJ-CLB<br><br>**ORDER VACATING ORDER SETTING IN-PERSON ORAL ARGUMENT AND RESCHEDULING HEARING VIA ZOOM VIDEO**<br><br>**Zoom Conference Date:** November 15, 2021<br>**Zoom Conference Time:** 11:00 A.M.(PDT) |

In person oral argument is currently set for 11:00 A.M., Monday, November 15, 2021, in Reno Courtroom 3, before Judge Robert C. Jones. Due to a conflict with the Court's calendar the hearing is rescheduled to a zoom video hearing. Accordingly,

**IT IS HEREBY ORDERED** that Oral argument on Defendant's Motion to Decertify the FLSA Class at Second Stage Review and Dismiss all Opt-Ins who Signed an Arbitration Agreement and All Time-Barred Claims (ECF No. 110) is set for 11:00 A.M., Monday, November 15, 2021, via ZOOM VIDEO, before Judge Robert C. Jones.

///

///

**IT IS FURTHER ORDERED** that the parties are directed to contact the courtroom deputy Lesa Ettinger at Lesa_Ettinger@nvd.uscourts.gov, by **10:00 A.M., Friday, November 12, 2021,** to provide her the e-mail address of each counsel, party and/or representative attending the hearing.

**IT IS FURTHER ORDERED** that the following Video Conference Instructions be adhered to as follows:

**INSTRUCTIONS FOR VIDEO CONFERENCE HEARING**:

Instructions to the scheduled hearings will be sent via email ONE (1) day prior to the hearing to the participants email provided to the Court.

1. Log on to the call ten (10) minutes prior to the hearing time.

2. Mute your sound prior to entering the hearing.

3. Do not talk over one another.

4. State your name prior to speaking for the record.

5. Do not have others in the video screen or moving in the background.

6. No recording of the hearing.

7. No forwarding of any video conference invitations.

8. Unauthorized users on the video conference will be removed.

For clarity of the record and best participation, the Court recommends that all participants use a headset with a microphone during the hearing.

**IT IS FURTHER ORDERED** that the Public may access and listen to the Hearing as follows: Public telephonic participants shall call AT&T no later than five (5) minutes prior to the hearing at 1 **(888) 675-2535**. Access Code is **2900398** Security Code **111521**.

**IT IS FURTHER ORDERED** that persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings.

**IT IS SO ORDERED**.

Dated this 9th day of November, 2021.

_____
ROBERT C. JONES
United States District Judge