**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLARISSA HARRIS on behalf of herself and all others similarly situated,<br><br>    Plaintiff(s),<br><br>    v.<br><br>DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI,<br><br>    Defendant(s). | Case No.: 3:19-cv-00598-RCJ-CBC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO SUBMIT PRE-TRIAL ORDER AND [PROPOSED] ORDER THEREON**<br>*(THIRD REQUEST)* |

Pursuant to Local Rules ("LR") IA 6-1 and IA 6-2, DEFENDANTS DIAMOND DOLLS OF NEVADA, LLC d/b/a the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI, and through their counsel, Thierman Buck, LLP and Plaintiff, CLARISSA HARRIS, by and through

her counsel, Hodges & Foty (collectively the "Parties"), hereby respectfully request the Court grant the Parties request for an extension of time to file their Joint Pretrial Order, currently set for May 31, 2022. The Parties request that the Joint Pretrial Order be extended by seven (7) days making the new deadline Tuesday, June 7, 2022.

This is the Parties' third request for an extension of time. This request is not intended for delay and is made in good faith.

DATED: May 31, 2022.

Respectfully Submitted,

| **THIERMAN BUCK LLP** | **HODGES & FOTY LLP** |
|---|---|
| /s/ *Mark R. Thierman* | /s/  *William M. Hogg* |
| Mark R. Thierman | David W. Hodges (admitted pro hac vice) |
|  | William M. Hogg (admitted pro hac vice) |

## ORDER

**IT IS SO ORDERED**, the Parties' deadline to submit a Joint Pretrial Order shall be extended by seven (7) days. The Joint Pretrial Order shall be due on or before June 7, 2022.

DATED this  5th   day of July 2022.

_____
United States District Judge