# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CLARISSA HARRIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND DOLLS OF NEVADA, LLC, d/b/a/ the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI<br><br>Defendants. | **Case No. 3:19-cv-00598-RCJ-CBC**<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO SUBMIT PRETRIAL ORDER UNTIL AFTER THE SETTLEMENT CONFERENCE** |

  Pursuant to Local Rules IA 6-1, IA 6-2, and Fed. R. Civ. P. 16(b)(4), Plaintiff Clarissa Harris, individually and on behalf of all others similarly situated ("Plaintiff"), and Diamond Dolls of Nevada, LLC d/b/a the Spice House, Kamy Keshmiri, and Jamy Keshmiri ("Defendants"), by and through their respective counsel (collectively the "Parties") hereby respectfully request the Court grant the Parties' request for an extension to file a Joint Pretrial Order currently set for June 7, 2022.

  The Court recently granted the parties additional time to submit a Pretrial Order. *See* ECF No. 145. Since that time, the Court has also scheduled a settlement conference with Judge Baldwin to take place virtually on September 20, 2022. *See* ECF No. 148. Accordingly, in light of the

pending settlement conference and in hopes of conserving attention and resources on resolving the case, in the event the conference does not result in a settlement, the Parties request the Court further extend the deadline to submit a Pretrial Order until fourteen (14) days following the settlement conference.

This extension is not sought for delay, but is sought in the hopes of potentially resolving the case which would obviate the need to hold a trial on the remaining issues in this matter, namely whether Defendants' FLSA violations were willful, whether some of the opt-in members' claims are barred by the statute of limitations, and the measure of damages. As such, good cause exists for this modest extension of time.

This is the Parties' fourth request for an extension of time to amend the Scheduling Order and the deadline to file a Joint Pretrial Order. This request is not intended for delay and is made in good faith.

Respectfully and jointly submitted on August 8, 2022.

/s/ William M. Hogg
David W. Hodges (*Pro Hac Vice*)
William M. Hogg (*Pro Hac Vice*)
HODGES & FOTY, LLP
4409 Montrose Boulevard, Suite 200
Houston, Texas 77006
Tel: (713) 523-0001; Fax: (713) 523-1116
dhodges@hftrialfirm.com
whogg@hftrialfirm.com

Michael P. Balaban (Nev. SBN 9370)
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, Nevada 89141
Tel: (702) 586-2964; Fax: (702) 586-3023
mbalaban@balaban-law.com

*Attorneys for Plaintiffs*

/s/ Mark Thierman (with permission)
Mark R. Thierman (Nev. SBN 8285)
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500; Fax: (775) 703-5027
mark@thiermanbuck.com

*Attorney for Defendants*

**ORDER**

**IT IS SO ORDERED,** the Parties' deadline to submit a Joint Pretrial Order shall be extended until after the settlement conference, which is to be held on September 20, 2022. In the event the conference does not result in settlement, the Parties shall submit a proposed pre-trial order no later than fourteen (14) days following the settlement conference.

Dated this   8th   day of   August   , 2022.

_____
PRESIDING JUDGE