**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CLARISSA HARRIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND DOLLS OF NEVADA, LLC, d/b/a/ the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI<br><br>Defendants. | **Case No. 3:19-cv-00598-RCJ-CBC**<br><br>**ORDER TO EXTEND DEADLINE TO SUBMIT PRETRIAL ORDER UNTIL OCTOBER 18, 2022** |

Pursuant to Local Rules IA 6-1, IA 6-2, and Fed. R. Civ. P. 16(b)(4), Plaintiff Clarissa Harris, individually and on behalf of all others similarly situated ("Plaintiff"), and Diamond Dolls of Nevada, LLC d/b/a the Spice House, Kamy Keshmiri, and Jamy Keshmiri ("Defendants"), by and through their respective counsel (collectively the "Parties") hereby respectfully request the Court grant the Parties' request for an extension to file a Joint Pretrial Order currently set for October 4, 2022.

Following the settlement conference, the Parties remain at an impasse as to several categories of the contents of the Joint Pretrial Order. While the Parties have tried in earnest to work through

---

-1-
JOINT STIPULATION TO EXTEND DEADLINE TO SUBMIT PRETRIAL ORDER
*Harris, et al. v. Diamond Dolls of Nevada, LLC*, Case No. 3:19-cv-00598-RCJ-CBC

these disputes and to resolve those issues by the deadline to submit the Pretrial Order, unexpected absences and counsel's travel schedule have made it not feasible for the Parties to agree on a Pretrial Order in time to meet the current deadline. The Parties are continuing their efforts to reach an agreement on a Joint Pretrial Order and respectfully request an extension of fourteen days to complete those efforts.

This extension is not sought for delay, but is sought in the hopes of amicably resolving the current disputes about the contents that should be included in the Pretrial Order without the need for Court intervention. As such, good cause exists for this modest extension of time.

This is the Parties' fifth request for an extension of time to amend the Scheduling Order and the deadline to file a Joint Pretrial Order. This request is not intended for delay and is made in good faith.

Respectfully and jointly submitted on October 4, 2022.

/s/ William M. Hogg
David W. Hodges (*Pro Hac Vice*)
William M. Hogg (*Pro Hac Vice*)
HODGES & FOTY, LLP
4409 Montrose Boulevard, Suite 200
Houston, Texas 77006
Tel: (713) 523-0001; Fax: (713) 523-1116
dhodges@hftrialfirm.com
whogg@hftrialfirm.com

Michael P. Balaban (Nev. SBN 9370)
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, Nevada 89141
Tel: (702) 586-2964; Fax: (702) 586-3023
mbalaban@balaban-law.com

*Attorneys for Plaintiffs*

/s/ Mark Thierman (with permission)
Mark R. Thierman (Nev. SBN 8285)
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500; Fax: (775) 703-5027
mark@thiermanbuck.com

*Attorney for Defendants*

**ORDER**

    **IT IS SO ORDERED,** the Parties' deadline to submit a Joint Pretrial Order shall be extended until October 18, 2022.

Dated this \_\_\_11th\_\_\_ day of \_\_\_October_____, 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE