Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermabuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
Joshua R. Hendrickson, Nev. Bar. 12225
joshh@thiermanbuck.com
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Defendants*

David W. Hodges (admitted pro hac vice)
dhodges@hftrialfirm.com
William M. Hogg
WHogg@hftrialfirm.com
HODGES & FOTY LLP
4409 Montrose Blvd, Ste. 200
Houston, Texas 77006
Tel: 713-523-0001
Fax: 713-523-1116

*LEAD ATTORNEYS IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS*

Local Counsel:
Michael P. Balaban
State Bar No. 9370
mbalaban@balaban-law.com
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141
Tel: (702) 586-2964
Fax: (702) 586-3023

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLARISSA HARRIS on behalf of herself and all others similarly situated,<br><br>   Plaintiff(s),<br><br>   v.<br><br>DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI,<br><br>   Defendant(s). | Case No.: 3:19-cv-00598-RCJ-CBC<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO SUBMIT PRE-TRIAL ORDER AND ORDER THEREON**<br><br>*(FIRST REQUEST)* |

Pursuant to Local Rules ("LR") IA 6-1 and IA 6-2, DEFENDANTS DIAMOND DOLLS OF NEVADA, LLC d/b/a the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI, and through their counsel, Thierman Buck, LLP and Plaintiff, CLARISSA HARRIS, by and through

- 1 -
**JOINT STIPULATION TO EXTEND DEADLINE TO SUBMIT PRE-TRIAL ORDER**

1  her counsel, Hodges & Foty (collectively the "Parties"), hereby respectfully request the Court
2  grant the Parties request for an extension of time to file their Joint Pretrial Order, currently set
3  for April 28, 2023. The Parties request that the Joint Pretrial Order be extended by four (4) weeks
4  making the new deadline Friday, May 26, 2023.
5      This is the Parties' first request for an extension of time. This request is not intended for
6  delay and is made in good faith.

8  DATED: April 28, 2023.

10 Respectfully Submitted,

11 **THIERMAN BUCK LLP**                     **HODGES & FOTY LLP**

12 /s/ *Mark R. Thierman*                    /s/ *William M. Hogg*
   Mark R. Thierman                          David W. Hodges (admitted pro hac vice)
13                                            William M. Hogg (admitted pro hac vice)

15                              **ORDER**

16      **IT IS SO ORDERED**, the Parties' deadline to submit a Joint Pretrial Order shall be
17 extended by four (4) weeks. The Joint Pretrial Order shall be due on or before May 26, 2023

19      DATED this  1st  day of May, 2023

                                            _____
                                            United States District Judge

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com