**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLARISSA HARRIS, on Behalf of Herself and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI<br><br>Defendants. | Case No. 3:19-cv-00598-RCJ- CLB<br><br>**ORDER** |

Plaintiff having filed an Unopposed Motion to Extend Deadline to Respond to Defendants' Motion to Compel Arbitration (ECF No. 185), and good cause appearing;

**IT IS THEREFORE ORDERED** that Plaintiff's Unopposed Motion to Extend Deadline to Respond to Defendants' Motion to Compel Arbitration (ECF No. 185), is GRANTED. Plaintiff will have up to and including September 18, 2023, to respond to Defendants' Motion to Compel Arbitration.

Dated: September 6, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE