# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLARISSA HARRIS, on Behalf of Herself and on Behalf of All Other Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMA KESHMIRI, JAM KESHMIRI,<br><br>Defendant(s). | Case No. 3:19-cv-00598-RCJ-CLB<br><br>**ORDER** |

The Court held a motion hearing on September 11, 2023, in the above referenced case.

**IT IS ORDERED** that the Clerk shall arrange for the transcript of the September 11, 2023, motion hearing.

**IT IS FURTHER ORDERED** that the transcript shall be prepared by Wednesday, September 13, 2023, at the Government's expense.

**IT IS SO ORDERED.**

DATED this 9th day of September 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE