Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
Joshua R. Hendrickson, Nev. Bar. 12225
joshh@thiermanbuck.com
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

Eric M. Epstein *(Pro Hac Vice)*
ERIC M. EPSTEIN, APC
1901 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: (310) 552-5366
emepstein@aol.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLARISSA HARRIS individually, and PAULA BALES individually, and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff(s),<br><br>v.<br><br>DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI,<br><br>    Defendant(s). | Case No.: 3:19-cv-00598-RCJ-CBC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>*(FIRST REQUEST)* |

Pursuant to Local Rules ("LR") IA 6-1 and IA 6-2, DEFENDANTS DIAMOND DOLLS OF NEVADA, LLC d/b/a the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI, by and through their counsel, Thierman Buck, LLP, and Plaintiffs, CLARISSA HARRIS individually, and PAULA BALES individually, and on behalf of all others similarly situated, by and through their counsel, Hodges & Foty LLP (collectively the "Parties"), hereby respectfully request the

Court grant Defendants' request for an extension of time to file their reply to Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration (ECF No. 195). Defendants' Reply is currently due on Monday, September 25, 2023, which is a religious holiday for Defendant's counsel. Therefore, the Parties request a fourteen (14) day extension up to Monday, October 9, 2023.

This is the Parties' first request for an extension of time. This request is not intended for delay and is made in good faith.

DATED: September 22, 2023.

Respectfully Submitted,

| THIERMAN BUCK LLP | HODGES & FOTY LLP |
|---|---|
| /s/Mark R. Thierman | /s/ Simone White |
| Mark R. Thierman | David W. Hodges (admitted *Pro Hac Vice*) |
| | Simone White (admitted *Pro Hac Vice*) |

### ORDER

**IT IS SO ORDERED**, Defendants' deadline to file a reply to Plaintiff's Opposition to the Motion to compel arbitration is extended by fourteen (14) days. Defendants' reply shall be due on or before October 9, 2023.

DATED this 25 th day of September, 2023

_____
United States District Judge

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com