Mark R. Thierman (Nev. SBN 8285)
Joshua D. Buck (Nev. SBN 12187)
Leah L. Jones (Nev. SBN 13161)
Joshua Hendrickson (Nev. SBN 12225)
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500
Fax: (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com
joshh@thiermanbuck.com

Eric M. Epstein, (*admitted pro hac vice*)
ERIC M. EPSTEIN, APC
1901 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: (310) 552-5366
empstein@aol.com

David W. Hodges (*Pro Hac Vice*)
Simone L. White (*Pro Hac Vice*)
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Tel: (713) 523-0001; Fax: (713) 523-1116
dhodges@hftrialfirm.com
swhite@hftrialfirm.com

*Lead Attorney in Charge for Plaintiff and Class Members*

Michael P. Balaban (Nev. SBN 9370)
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, Nevada 89141
Tel: (702) 586-2964; Fax: (702) 586-3023
mbalaban@balaban-law.com

*Local Counsel*

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **CLARISSA HARRIS individually, and Paula Bales individually, and on Behalf of All Others Similarly Situated,** | ) ) ) Case No. 3:19-cv-00598-RCJ-CLB ) |
| **Plaintiff(s),** | ) ) **ORDER GRANTING JOINT MOTION** ) **FOR CONTINUANCE OF STATUS** ) **CONFERENCE AND TRIAL SETTING** |
| **vs.** | ) ) |
| **DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI** | ) ) ) ) |
| **Defendants.** | ) |

**ORDER GRANTING JOINT MOTION FOR CONTINUANCE**
**OF STATUS CONFERENCE AND TRIAL SETTING**

Upon review and consideration of the Parties' Joint Motion for Continuance of Status Conference and Trial Setting, the Court finds good cause exists for the continuance and the Motion is hereby **GRANTED**.

1

The Parties' Joint Status Report is now due **Monday, April 8, 2024.**

The Parties' Status Conference set for 1/29/2024 is vacated and continued to **Monday, April 15, 2024, at 10:00 a.m.** by Zoom video conference.

The Parties' Calendar Call set for 2/20/2024 is vacated and continued to **Monday, April 29, 2024, at 10:00 a.m.** by Zoom video conference.

The Parties' Trial Setting set for 3/11/2024 is vacated and continued to **Monday, May 20, 2024, at 8:30 a.m.** in Reno Courtroom 3 before Judge Robert C. Jones.

**IT IS SO ORDERED.**

Signed this 22nd day of January 2024.

_____
The Honorable Robert C. Jones