Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK, LLP
325 West Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLARISSA HARRIS and PAULA BALES individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, and JAMY KESHMIRI,<br><br>Defendants. | Case No. 3:19-cv-00598-RCJ-CLB<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF JOSHUA R. HENDRICKSON AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** |

Pursuant to Local Rule IA 11-6(b), undersigned counsel hereby requests that Joshua R. Hendrickson be removed from the instant action as an attorney of record for Defendants DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, and JAMY KESHMIRI ("Defendants") as Mr. Hendrickson is no longer associated or affiliated with the law firm Thierman Buck, LLP. The undersigned counsel also respectfully requests that Mr. Hendrickson be removed from the CM/ECF service list in this matter.

///

///

1  This Motion is made in good faith and will not result in the delay of discovery, trial, or
2  any hearing in this case.  Defendants will continue to be represented by undersigned counsel,
3  Mark R. Thierman, Joshua D. Buck, and Leah L. Jones of Thierman Buck, LLP, and by Eric M.
4  Epstein of the law firm Eric M. Epstein, APC.

DATED: January 23, 2024                    THIERMAN BUCK, LLP

*/s/Joshua D. Buck*
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
325 West Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Defendants*

### ORDER

The Court orders that Joshua R. Hendrickson be removed from the instant action as an attorney of record for Defendants Diamond Dolls of Nevada, LLC dba the Spice House, Kamy Keshmiri, and Jamy Keshmiri, and from the CM/ECF service list in this matter.
IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

_____January 23, 2024._____
DATED