# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLARISSA HARRIS and PAULA BALES individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, and JAMY KESHMIRI,<br><br>    Defendants. | Case No. 3:19-cv-00598-RCJ-CBC<br><br>**ORDER** |

Pending before the Court is a Joint Motion for Continuance of Status Conference and Trial Setting, (Dkt. 217). In the Motion, the Parties state that they "would welcome renewal of settlement discussions before Magistrate Judge Baldwin." (*Id.* at 2). For that reason, the Court will order the Parties to have a settlement conference before Judge Baldwin. In addition, the Court will grant a short continuance of trial.

**CONCLUSION**

**IT IS HEREBY ORDERED** that the Joint Motion for Continuance of Status Conference and Trial Setting, (Dkt. 217), is **GRANTED**.

**IT IS FURTHER ORDRED** this matter is referred to Magistrate Judge Baldwin for the purpose of conducting a settlement conference.

**IT IS FURTHER ODERED** that the status conference scheduled for April 15, 2024, is hereby vacated.

**IT IS FURTHER ORDERED** that the jury trial set for 5/20/2024 at 8:30 a.m. is vacated and continued to Monday, June 17, 2024, at 8:30 a.m. Calendar Call set for 4/29/2024 at 10:00 a.m. is vacated and continued to Monday, June 3, 2024, at 10:00 a.m. **NO FURTHER CONTINUANCE WILL BE GRANTED.**

**IT IS SO ORDERED.**

Dated April 10, 2024.

_____
ROBERT C. JONES
United States District Judge