UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CLARISSA HARRIS, *et al.*, | Case No. 3:19-cv-00598-MMD-CLB |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| DIAMOND DOLLS OF NEVADA, LLC, *et al.*, | |
| Defendants. | |

Pending before the Court is Defendants' Motion to Correct the Record (ECF No. 223.) Defendants state that there "appears to be a clerical error in the December 11th Order in that Opt-in Plaintiff, Danielle Brothers, should have dismissed and compelled to arbitration along with the other Opt-ins, as Ms. Brothers also signed the arbitration agreement which was included with Defendants' Motion to Compel Arbitration." (*Id.* at 2.) Defendants attach to their motion Brothers' signed arbitration agreement. (ECF No. 223-1.) Plaintiffs have filed no response in opposition to the motion.[1]

A review of Defendants' previous motion to compel arbitration (ECF No. 183) and the attached arbitration agreements (ECF No. 183-2) shows that Defendants did include the arbitration agreement signed by Brothers. Accordingly, the Court will dismiss Brothers from the case and order that her claims proceed to arbitration in accordance with the agreement.

It is therefore ordered that Defendants' Motion to Correct the Record (ECF No. 223) is granted.

---

[1] An opposing party's failure to file points and authorities in response to any motion, except a motion under Federal Rule of Civil Procedure 56 or a motion for attorney's fees, constitutes consent to the granting of the motion. *See* LR 7-2(d).

It is further ordered that Plaintiff Danielle Brothers is dismissed and ordered to proceed to arbitration.

DATED THIS 17th day of May 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE