Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
**THIERMAN BUCK LLP**
325 West Liberty St.
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

Eric M. Epstein (*Pro Hac Vice*)
**ERIC M. EPSTEIN, APC**
1901 Avenue of the Stars, Suite 1100
Los Ángeles, CA 90067
Tel. (310) 552-5366
emepstein@aol.com

*Attorneys for Defendants*

David W. Hodges (*admitted pro hac vice*)
Texas State Bar No. 00796765
dhodges@hftrialfirm.com
Sarah Hufft (*admitted pro hac vice*)
Texas Bar No. 24116467
shufft@hftrialfirm.com
**HODGES & FOTY LLP**
2 Greenway Plz. Suite 250
Houston, Texas 77046
Telephone: 713-523-0001
Facsimile: 713-523-1116

*LEAD ATTORNEYS IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS*

Local Counsel:
Michael P. Balaban
NV State Bar No. 9370
mbalaban@balaban-law.com
**LAW OFFICES OF MICHAEL P. BALABAN**
10726 Del Rudini Street
Las Vegas, NV 89141
Telephone: (702) 586-2964
Fax: (702) 586-3023

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLARISSA HARRIS on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI,<br><br>Defendant(s). | Case No. 3:19-cv-00598-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO WAIVE TRIAL BY JURY** |

Plaintiffs, Clarissa Harris, Rebecca Piazza and Deanna Sekretarski, and Defendants, Diamond Dolls of Nevada, LLC d/b/a the Spice House, Kamy Keshmiri, and Jamy Keshmiri, through their respective attorneys of record, hereby stipulate to waive trial by jury and agree to a bench trial before Judge Miranda M. Du.

DATED: August 20, 2024.

Respectfully Submitted,

| THIERMAN BUCK LLP | HODGES & FOTY LLP |
|---|---|
| /s/ *Mark R. Thierman* | /s/*Sarah Hufft* |
| Mark R. Thierman | Sarah Hufft (admitted Pro Hac Vice) |
| *Attorney for Defendants* | David Hodges (admitted Pro Hac Vice) |
| | *Attorney for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

DATED this 21st day of August 2024.

_____
MIRANDA M. DU
CHIEF JUSTICE UNITED STATES DISTRICT COURT

- 2 -
**STIPULATION TO WAIVE TRIAL BY JURY**