AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

CLARISSA HARRIS, on behalf of herself
and on Behalf of All Others Similarly Situated,
et al.,

                Plaintiffs,

  v.

DIAMOND DOLLS OF NEVADA,
LLC dba the SPICE HOUSE, KAMY
KESHMIRI, JAMY KESHMIRI,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number  3:19-cv-00598-MMD-CLB

        JUDGMENT is entered in favor of Plaintiff, Clarissa Harris,  and against the Defendants, Kamy Keshmiri, Jamy Keshmiri, and Diamond Dolls, LLC, in the amount of Seven Thousand Five Hundred Dollars ($7,500.00), plus Seven Thousand Five Hundred Dollars ($7,500.00) for Attorney's fees, plus statutory costs.  This offer is inclusive of all claims asserted by Plaintiff against the Defendants arising out of and/or related to the subject matter of this action, including damages, penalties, interest, and related expenses otherwise recoverable in this action.  This Offer of Judgment is made in good faith and solely for the purposes specified in NRS 17.115, Nev. R. Civ. P. 68, and Fed. R. Civ. P. 68 and is not to be constructed as an admission of any kind.

Date: August 29, 2024

DEBRA K. KEMPI

                Clerk



/s/ Wayne Julian
Deputy Clerk